# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Case No. 3:13-cr-00065-M *SEALED* |
| | § § | |
| SIVA SUGAVANAM (3) | § | |

### ENTRY OF APPEARANCE OF COUNSEL

I wish to enter my appearance as **retained** counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the named defendant(s) in connection with all matters relating to this case, and in connection with all proceedings therein in this Court; to assist him with any appeal which he desires to perfect, and to represent him on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: 27 day of February 2013

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 27 2013
CLERK, U.S. DISTRICT COURT
By _____
Deputy

For Limited Appearance

_Terry Bentley Hill_
(Attorney Signature)

Terry Bentley Hill
(Attorney Name – Please Print)

24067663
(Attorney Bar Number)

2309 Boll Street
Dallas, Texas 75204
(Address)

214-707-4841 (direct)
(Phone No. including area code)

214-377-4943 (fax)