# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

HON. **IRMA CARRILLO RAMIREZ**, Presiding
DEPUTY CLERK **MARIE RAMOS**　　　　COURT REPORTER/TAPE ____**FTR**____
LAW CLERK _____　　　　　　USPO _____
INTERPRETER _____　　　　　COURT TIME: __1 MIN.__
　A.M. _____　　P.M. __2:00__　　　　DATE: February 27, 2013

---

CR. No. __3:13-CR-065-M__　　DEFT No. __(03)__

UNITED STATES OF AMERICA　　§
　　　　　　　　　　　　　　　§　　__CYNTHIA GOODMAN__, AUSA
v.　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　§
SIVA SUGAVANAM　　　　　　　§　　__TERRY HILL__　　　☐ R
Defendant's Name　　　　　　　　　　Counsel for Deft. Apptd-(A), Retd-(R), FPD-(F)

## ARRAIGNMENT

☒ ...... Defendant SWORN.
☒ **arr.** Arraignment　☐ **rearr.** Rearraignment - Held on count(s) __1, 2-11__
　　　of the __11__ count(s) ☒ Indictment ☐ Information ☐ Superseding Indictment ☐ Superseding Information.
☐ ...... New Sentencing Guidelines (NSG) offense committed on or after (11/1/87).
☒ **pl.** Deft enters a plea of　☒ **ngpl.** (not guilty) ☐ **gpl.** (guilty) ☐ **nolopl.** (nolo)
☐ ...... Consent to proceed before U.S. Magistrate Judge on misdemeanor case.
☐ ...... Waiver of Jury Trial
☐ **wvindi.** Waiver of Indictment, filed.
☐ ...... Plea Agreement accepted.　☐ Court defers acceptance of Plea Agreement.
☐ **plag.** Plea Agreement filed (see agreement for details).　☐ ...... No Plea Agreement.
☐ ...... Plea Agreement included with Factual Resume.
☐ **facres.** Factual Resume filed.
☐ **sen.** Sentencing set _____ at _____ a.m./p.m.
☒ **jytrl.** Trial set for ____**TBA**____ at _____ a.m./p.m.
　　　Pretrial motions due: _____. Discovery motions/Government Responses due: _____.
☐ ...... Order for PSI, Disclosure Date and Setting Sentencing entered.
☐ **wvpsi.** PSI waiver filed. ☐ PSI due: _____. ☐ Presentence Referral Form to: _____.
☒ **o.(bnd.)** Defts bond ☐ set ☐ reduced to $_____ ☐ Cash ☐ Surety ☐ 10% ☒ PR
☐ **owarr.** Deft failed to appear, bench warrant to issue.
☒ Bond ☒ continued ☐ forfeited
☐ ...... Deft Custody/Detention continued.
☐ **loc.(LC)** Deft REMANDED to custody.
OTHER PROCEEDINGS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 27 2013

CLERK, U.S. DISTRICT COURT
By _____ Deputy