United States District Court
Northern District of Texas
Office of the Clerk
Dallas Division

USA

vs

Sugavanam, Siva

Case Number: 3:13-CR-065-M (03)

Receipt of Passport

The deputy clerk below acknowledges receipt of the following Passport.

Identfication Number: G8898041 Republic of India

Tendered by: Siva Sugavanam

For the Benefit of: Sivashanmugaraman Sugavanam

Description: Passport

Karen Mitchell
Clerk of Court

*Doug Thornton* (signature)

Doug Thornton, Deputy Clerk
Date: 02/28/2013