ORIGINAL

# United States District Court
# Northern District of Texas
### Dallas Division

SEALED

UNITED STATES OF AMERICA

V.

SIVA SUGAVANAM

**SEALED WARRANT FOR ARREST**

CASE NUMBER: 3:13-cr-065-M-(03)

To: The United States Marshal
and any Authorized United States Officer

MAG. CASE NUMBER:

YOU ARE HEREBY COMMANDED to arrest _____ SIVA SUGAVANAM _____
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Sealed Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with:

Conspiracy to Commit Visa Fraud
Wire Fraud

in violation of Title   18; 8; 18

United States Code, Section(s)

371; 1324(a)(1)(A)(iv), 1324(a)(1)(B)(i) ; 1343; 2

| Karen Mitchell, U.S. District Court Clerk | *Karen Mitchell* (signature) |
|---|---|
| Name and Title of Issuing Officer | Signature of Issuing Officer |
| U.S Magistrate Judge Paul D. Stickney | Feb 20, 2013 — Dallas, TX |
|  | Date — Location |

s/ Y. Pace
_____
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

3621 Frankford, Dallas, TX

| DATE RECEIVED 2/26/2013 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/27/2013 | Edward Koranda | (signed) |

FID: 9144896