IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
_____DALLAS_____ DIVISION

UNITED STATES OF AMERICA

v.

Siva Sugavanam

MAG. DOCKET NO.:

CRIMINAL NO.: 3:13-CR-00065M

## ENTRY OF APPEARANCE OF COUNSEL

[X] I wish to enter my appearance as *retained* counsel for the above-named defendant(s) in this cause.

[ ] I hereby enter my appearance as *appointed* counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12, Federal Rules of Criminal Procedure, pertaining to pretrial motions.

Dated: 03/22/2013

_Terry Bentley Hill_
Signature of Attorney

Terry Bentley Hill
Attorney Name (Please Print)

24067663
Attorney Bar Number

2309 Boll Street
Dallas, Texas 75204
Address

214-707-4841
Telephone (including area code)

214-377-4943
Fax Number