UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CRIMINAL ACTION NO. |
| | § | |
| ATUL NANDA | § | 3:13-CR-065-M |
| JITEN "JAY" NANDA | § | |
| SIGA SUGAVANAM | § | |
| VIVEK SHARMA | § | |
| ROHIT MEHRA | § | |
| MOHAMMAD KAHN | § | |
| Defendants | § | |
| _____ | § | |

## UNOPPOSED MOTION OF DEFENDANT ATUL NANDA, ON BEHALF OF ALL DEFENDANTS, FOR CONTINUANCE OF TRIAL SETTING

Defendant Atul Nanda, on behalf of all defendants, respectfully moves for a continuance of the trial setting in this case and requests a setting on either December 2, 2013, or December 9, 2013. Counsel for all defendants have conferred, and none of them have scheduling conflicts that would prevent trial settings on either of these dates. Additionally, counsel for the United States agrees with both of these proposed dates, provided that none of the defendants will seek any other continuances.

In support of this motion, Defendant Nanda would respectfully show as follows:

The Court has set this case for trial on June 23, 2013. This case involves a tremendous amount of information and documents, and the June trial setting does not give the defendants enough time to prepare. The Government has produced sixteen CDs of documents and has stated that there are seventy-four boxes of documents that are available for inspection in a secure room

in Irving. In addition, a number of computer hard drives were imaged, and the Government has said that it will produce these hard drives if a defendant provides hard drives for this purpose.

All of the parties have agreed that a trial during starting either the first or second week of December would be appropriate. This is the first continuance that any party has requested. Defendant Nanda, on behalf of the other defendants, therefore respectfully requests that the Court schedule the case for one of the first two weeks of December 2013, with the proviso that the defendants shall not request any further continuances.

Respectfully submitted,

____/s/ John M. Helms_____
John M. Helms
Texas Bar No. 09401001
HELMS, ROBERTS & DIAZ LLP
6060 N. Central Expressway, Suite 560
Tel  (214) 800-2032
Fax (214) 800-2057
john@northtexastriallawyers.com

ATTORNEY FOR DEFENDANT,
ATUL NANDA

**CERTIFICATE OF CONFERENCE**

On April 25, 2013, I conferred with the attorney for the United States, SAUSA Cynthia Goodman, by electronic mail, and she stated that she did not oppose this request for a continuance, provided that the defendants agree not to request any further continuances. In addition, on April 24 and 25, 2013, I have conferred with counsel for all defendants about this request for a continuance and the dates on which they are available, and all defense counsel have indicated their joinder in this request and that the first two weeks of December are dates on which they would not have a scheduling conflict.

____/s/  John Helms_____
John Helms

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 26, 2013, I caused service of the above and foregoing instrument to all counsel of record in this case through the Court's electronic filing system.

        ____/s/ John Helms_____
        John Helms